State Division of Human Rights, Respondent-Petitioner, and SCOTT GEHL, Housing Opportunities Made Equal, Inc., et al., Respondents. [967 NYS2d 862]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Carni and Sconiers, JJ.

■ COUNTY OF ERIE, Respondent, v M/A-COM, INC., et al., Defendants, and KEVIN J. COMERFORD, Appellant. (Appeal No. 1.) [967 NYS2d 862]—Motion for leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Carni, Sconiers, Valentino and Whalen, JJ.

■ COUNTY OF ERIE, Respondent, v M/A-COM, INC., et al., Defendants, and KEVIN J. COMERFORD, Appellant. (Appeal No. 2.) [967 NYS2d 862]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Carni, Sconiers, Valentino and Whalen, JJ.

■ STEPHEN APPLEBEE, Appellant, v COUNTY OF CAYUGA, Respondent and Third-Party Plaintiff. VILLAGE OF PORT BYRON, Third-Party Defendant-Respondent. (Appeal No. 1.) [967 NYS2d 863]—Motions for reargument denied. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ STEPHEN APPLEBEE, Appellant, v COUNTY OF CAYUGA, Respondent and Third-Party Plaintiff. VILLAGE OF PORT BYRON, Third-Party Defendant-Respondent. (Appeal No. 2.) [967 NYS2d 864]—Motions for reargument denied. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ RENEE SCIARA et al., Appellants-Respondents, v SURGICAL ASSOCIATES OF WESTERN NEW YORK, P.C., et al., Respondents, and USHA CHOPRA, M.D., et al., Appellants. (Appeal No. 1.) [967 NYS2d 863]—Motion for leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Smith, Fahey and Carni, JJ.

■ THOMAS M. SULLIVAN, Respondent, v TROSER MANAGEMENT, INC., Appellant. [967 NYS2d 864]—Motion for reargument denied. Present—Scudder, P.J., Centra, Carni, Lindley and Sconiers, JJ.

■ RHONDA WILLIAMS, Individually and as Parent and Natural Guardian of ALEXANDRA WILLIAMS, an Infant, Respondent, v SHARON T. WEATHERSTONE, Defendant, and JORDAN-ELBRIDGE CENTRAL SCHOOL DISTRICT, Appellant. [967 NYS2d 864]—Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Centra, Carni, Lindley and Sconiers, JJ.